ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
P: (702) 938-1510
E: rphillips@psalaw.net
  tkuhls@psalaw.net
  lrobinson@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELWIN BRODIE, individually,<br><br>             Plaintiff,<br>vs.<br><br>WAL-MART STORES, INC.; DOES 1 through 100; and ROE CORPORATION 101 though 200, inclusive,<br><br>             Defendant(s). | Case No.: 2:21-cv-00009-JCM-VCF<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[THIRD REQUEST]** |

   Plaintiff ELWIN BRODIE (hereinafter "Plaintiff") and Defendant WAL-MART STORES, INC. (hereinafter "Defendant" or "Walmart"), by and through their respective counsel of record, do hereby stipulate to extend the remaining deadlines in the current scheduling order and discovery plan in this matter for a period of sixty (60) days for the reasons explained herein.

   Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the <u>third such discovery extension</u> requested in this matter.

/ / /

/ / /

/ / /

**DISCOVERY COMPLETED TO DATE**

- The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;
- The parties have filed all required documents pursuant to ECF 2 to date;
- Plaintiff has provided provider specific authorizations;
- Defendant has served written discovery to Plaintiff and Plaintiff has submitted timely responses;
- Deposition of Plaintiff;

**DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY**

Discovery to be completed includes:

- Plaintiff serve Defendant written discovery;
- Depositions of Plaintiff's treating physicians;
- Depositions of fact witnesses;
- Disclosure of experts by both parties;
- Depositions of expert witnesses and rebuttal expert witnesses; and
- Plaintiff to notice Defendant's 30(b)(6) deposition.

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of remaining discovery deadlines is appropriate, as the parties has agreed to allow Plaintiff to conduct the deposition of fact witness, and allow Defendant to gather additional facts in order to allow Defedant to attend settlement conference knowing all facts of the case, which will allow them to negotiate in good faith. The parties aver that they are attempting to settle this matter.

The parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

1                                          **[PROPOSED] NEW DISCOVERY DEADLINES**

2      **Expert Disclosure Deadline:**

3          Currently: November 23, 2021

4          Proposed: **No Change**

5      **Rebuttal Expert Disclosure Deadline:**

6          Currently: December 24, 2021

7          Proposed: **No Change**

8      **Last Day to Amend Pleadings or Add Parties:**

9          Currently: November 23, 2021

10         Proposed: **No Change**

11     **Discovery Cut-Off Date:**

12         Currently: February 18, 2022

13         Proposed: **April 19, 2022**

14     **Dispositive Motion Deadline:**

15         Currently: March 22, 2022

16         Proposed: **May 23, 2022**

17     **Proposed Joint Pre-Trial Deadline:**

18         Currently: April 21, 2022    If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

19         Proposed: **June 20, 2022**

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 9th day of February, 2022.

**BERNSTEIN & POISSON**

/s/ Amber N. King
_____
SCOTT L. POISSON, ESQ.
Nevada Bar No. 10188
AMBER N. KING, ESQ.
Nevada Bar No. 14070
320 S. Jones Blvd.
Las Vegas, NV 89107

*Attorneys for Plaintiff*
*Elwin Brodie*

DATED this 9th day of February, 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Latisha Robinson
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
504 South Ninth Street
Las Vegas, NV 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 2-10-2022

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I hereby certify that I am an employee of the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC, and that on this 9th day of February, 2022, I electronically served a copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES [THIRD REQUEST]** as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below;

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Service through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| SCOTT T. POISSON, ESQ.<br>Nevada Bar No. 10188<br>AMBER N. KING, ESQ.<br>Nevada Bar No. 14070<br>BERNSTEIN & POISSON<br>320 South Jones<br>Las Vegas, Nevada 89107 | Phone 702-877-4878<br>Fax     702-256-6280 | Plaintiff |

*/s/ Maryel Cervantes*
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC

| | |
|---|---|
| **From:** | Latisha Robinson |
| **To:** | Maryel Cervantes |
| **Cc:** | Joshua J. Kephart |
| **Date:** | Wednesday, February 9, 2022 4:46:12 PM |
| **Attachments:** | image001.png |
| | 2022-02-09_SAO EDD_3rd Request_Brodie, E.docx |
| | 2022-02-09_SAO Extend Time to Attend Settlement Conf_Brodie, E.docx |

Maryel, please file both stipulation. It just need your signature at the bottom of the certificate of service.
Thank you,
Latisha Robinson


**Latisha Robinson**
Associate Attorney

lrobinson@psalaw.net
702-938-1510 ext. 213


**From:** Amber King <amber@vegashurt.com>
**Sent:** Wednesday, February 9, 2022 4:39 PM
**To:** Latisha Robinson <lrobinson@psalaw.net>
**Cc:** Maryel Cervantes <mcervantes@psalaw.net>
**Subject:** RE: Proposed Stipulations

'
> **CAUTION:** This Sender is Outside the PSA Organization! DO NOT click links or open attachments unless you recognize the sender and know the content is safe!

'
You can attach my esignature to both stips.

**From:** Latisha Robinson <lrobinson@psalaw.net>
**Sent:** Wednesday, February 9, 2022 4:37 PM
**To:** Amber King <amber@vegashurt.com>
**Cc:** Maryel Cervantes <mcervantes@psalaw.net>
**Subject:** Proposed Stipulations

Good afternoon Amber,
Attached are the stipulations for your review. Please let us know if there are any proposed edits. If there are not, may I affix your e-signature on the document.
Thank you,
Latisha Robinson

**Latisha Robinson**
Associate Attorney



San Francisco | Las Vegas | Los Angeles | Napa Valley

504 S. Ninth Street
Las Vegas, NV 89101

t 702-938-1510
f 702-938-1511
lrobinson@psalaw.net
www.psalaw.net

This communication may contain confidential and privileged material for the sole use of the intended recipient.  Receipt by anyone else does not constitute a loss of the confidential or privileged nature of the communication. Any review by or disclosure to another is prohibited. If you received this communication in error, please delete all copies and notify me.