ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Elwin Brodie, an individual,<br><br>         Plaintiff,<br>vs.<br><br>WAL-MART STORES, INC.; DOES 1 through 100; ROE CORPORATION 101 through 200, inclusive,<br><br>         Defendant(s). | Case No. 2:21-cv-00009-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COME NOW Plaintiff, ELWIN BRODIE ("Plaintiff") by and through her counsel of record, the law firm of Bernstein & Poisson, and Defendants, WAL-MART STORES, INC. ("Defendants") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and

dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this __17th__ day of May, 2022.          DATED this __17th__ day of May, 2022.

**BERSTEIN & POISSON**                          **ALVERSON TAYLOR & SANDERS**

_/s/ Amber King_                                _/s/ Patrice Stephenson-Johnson_
SCOTT L. POISSON, ESQ.                          KURT R. BONDS, ESQ.
AMBER R. KING, ESQ.                             PATRICE STEPHENSON-JOHNSON, ESQ.
6605 Grand Montecito Parkway, Suite 200         6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149                             Las Vegas, Nevada 89149
_Attorneys for Plaintiff_                       _Attorneys for Defendant_

### ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED May 20, 2022.

_____
UNITED STATES DISTRICT JUDGE

**Patrice Stephenson-Johnson**

| | |
|---|---|
| From: | Amber King <amber@vegashurt.com> |
| Sent: | Tuesday, May 17, 2022 8:02 AM |
| To: | Sabina Damelas; Patrice Stephenson-Johnson |
| Cc: | Daniel Ceron; Kurt Bonds; Antonia Di Dio |
| Subject: | RE: Brodie v. Wal-Mart Release and Stipulation and Order |

Patrice,

After the exchange today, you have my permission to affix my e-signature to the SAO to dismiss.

**From:** Sabina Damelas <Sabina@vegashurt.com>
**Sent:** Tuesday, May 17, 2022 8:00 AM
**To:** Patrice Stephenson-Johnson <PStephenson@alversontaylor.com>
**Cc:** Amber King <amber@vegashurt.com>; Daniel Ceron <Daniel@vegashurt.com>; Kurt Bonds <KBonds@alversontaylor.com>; Antonia Di Dio <ADidio@alversontaylor.com>
**Subject:** Re: Brodie v. Wal-Mart Release and Stipulation and Order

Thanks Patrice. I let my runner know!

Sent from my iPhone

> On May 17, 2022, at 7:46 AM, Patrice Stephenson-Johnson <PStephenson@alversontaylor.com> wrote:
>
> Hi Sabina,
>
> I was not in on yesterday. You may send your runner to pick up the check with the closing documents.
>
> Best regards,
>
> **Patrice Stephenson-Johnson**
> Alverson Taylor & Sanders
> 702.384.7000 | alversontaylor.com
>
> **From:** Sabina Damelas <Sabina@vegashurt.com>
> **Sent:** Monday, May 16, 2022 12:25 PM
> **To:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>
> **Cc:** Amber King <amber@vegashurt.com>; Daniel Ceron <Daniel@vegashurt.com>
> **Subject:** RE: Brodie v. Wal-Mart Release and Stipulation and Order
>
> Hi Patrice,
>
> Can I send my runner to exchange today? We have the release signed.
>
> Sabina R. Demelas
> Office Manager

1

Bernstein & Poisson
320 South Jones Blvd.
Las Vegas, Nevada 89107
Phone (702) 877-4878, Ext. 301
Fax (702) 256-6280

**PLEASE NOTE:** Our office is open Monday through Friday, 9:00 am – 5:00 pm with the exception of 12:00 pm -1:00 pm for lunch.**

The contents of this e-mail message and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission is confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission.

**From:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>
**Sent:** Tuesday, May 10, 2022 4:12 PM
**To:** Amber King <amber@vegashurt.com>
**Cc:** Kurt Bonds <KBonds@AlversonTaylor.com>; Antonia Di Dio <ADidio@AlversonTaylor.com>
**Subject:** Brodie v. Wal-Mart Release and Stipulation and Order

Good afternoon Amber,

Attached, please find the Release and Stipulation and Order. If you would like to make revisions, let me know. Once you and your client have signed the closing documents, the check is available for pick up by your runner.

Best regards,

**Patrice Stephenson-Johnson**



Alverson Taylor & Sanders
Nevada's Law Firm

6605 Grand Montecito Pkwy., Suite 200, Las Vegas, NV 89149
702.384.7000 **Office** | 702.385.7000 **Fax**
website | map | email

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.